# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 3, 2019

## NO. 03-17-00811-CV

**Appellant, Harris County Hospital District// Cross-Appellants, Public Utility Commission of Texas and Southwestern Bell Telephone Company d/b/a AT&T Texas**

**v.**

**Appellees, Public Utility Commission of Texas and Southwestern Bell Telephone Company d/b/a AT&T Texas// Cross-Appellee, Harris County Hospital District**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### REVERSED AND RENDERED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on October 30, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment affirming the Public Utility Commission's dismissal order. Harris County Hospital District shall pay all costs relating to this appeal, both in this Court and the court below.